[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-10931
Non-Argument Calendar
_____

D.C. Docket No. 5:15-cr-00029-RH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE ANTHONY MERCADO-CINTRON,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(November 10, 2016)

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Jose Anthony Mercado-Cintron

in this direct criminal appeal, has moved to withdraw from further representation

of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mercado-Cintron's conviction and sentence are **AFFIRMED**.